IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ESTES EXPRESS LINES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:07-CV-0361-MJR-DGW |
| | ) |
| **PEERLESS-PREMIER APPLIANCE CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**REAGAN, District Judge**

Before the Court is Estes Express Lines, Inc.'s and Peerless-Premier Appliance Co.'s joint motion to consolidate cases 07-0361-MJR and 07-0187-MJR.

Accordingly, the Court **GRANTS** the motion (Doc. 12) and **CONSOLIDATES** Case No. 07-cv-0361-MJR-DGW <u>into</u> Case No. 07-cv-0187-MJR-CJP.  All further filings in both actions shall bear the case number 07-cv-0187-MJR-CJP.  As the two cases were assigned to different Magistrate Judges, with Magistrate Judge Proud having the lower-numbered case, the consolidated action now is assigned to Magistrate Judge Clifford J. Proud.

The Court reserves the right to sever the claims if and when severance is appropriate.

**IT IS SO ORDERED.**

**DATED this 1st day of October 2007.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**